Argued August 23, affirmed September 23, 1974
ENOC CASTILLO RODRIQUEZ, *Petitioner, v.*
OREGON CORRECTIONAL INSTITUTION
(No. 3264 3-74-151), *Respondent.*
526 P2d 641

*John K. Hoover,* Deputy Public Defender, Salem, argued the cause for petitioner. With him on the brief was Gary D. Babcock, Public Defender, Salem.

*Scott McAlister,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and LANGTRY and FOLEY, Judges.

PER CURIAM.

The issues raised in this prison discipline case have all been resolved in *Wolff v. McDonnell,* 418 US 539, 94 S Ct 2963, 41 L Ed 2d 935 (1974), *Bonney v. OSP,* 16 Or App 509, 519 P2d 383, Sup Ct *review allowed* (1974), and *Dragoo v. OSP,* 19 Or App 1, 526 P2d 637 (1974).

Affirmed.